13,573-09,10

* Mr. Maurice Mitchell, Pro-se *
Specialize Legal technician[SLT]
SOUTHERN CAREER INSTITUTE
Paralegal School of 'Arts' & 'Sciences'
[P]aralegal No# [P]-7g-9169-Z
William J. Estelle Unit
TDCJ, I-D No# 648121
264 F.M. 3478
Huntsville, Texas 77320

2014
**MEMBER**
**Prison Justice League**

MARCH 16, 2015

Hon; Abel acosta, clerk
Texas Court of Criminal appeals
P. O. Box 12308, Capital Station

RE:  MAURICE MITCHELL V. STATE OF TEXAS
ON APPLICATION FOR WRIT OF HABEAS CORPUS
WRIT NO# WR-13, 573-09
Trial court Cause No# 98-F-0331-202

Dear Mr. Acosta,

I pray this letter has found you and your immediate family members to be well, in the best of God's health, care and spirit.

Enclosed please find my brief pleading to be placed before the court for consideration.

The Bowie County officials have apparently respond to the court's ORDER, and I have no idea what documents were forwarded to the court, or whether or not I should respond.

Please place the enclosure before the **court** at your earliest conveniences.

Thanking you in advance, I remain;

Respectfully: _Maurice Mitchell_
Mr. Maurice Mitchell

cc/files
skf;

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 18 2015

Abel Acosta, Clerk

Exparte; MAURICE MITCHELL

## ON APPLICATION FOR WRIT OF HABEAS CORPUS, THE EXCEPTION VERNONS ANNOTATED CODE OF CRIMINAL PROCEDURES 11.07 4(a)(ii)

The records show that on OCTOBER 20, 2014 The Applicant served 202n Criminal District Court of Bowie County, Texarkana, Texas an Application for Habeas Corpus Relief. Because the District Court failed to respond in accordance with the statue, applicant filed the application in this court seeking 'Original Jurisdiction'.

This [C]ourt construed applicant's application as a PETITION FOR WRIT OF MANDAMUS, and on FEBRUARY 04, 2015 ORDER issued upon the 202nd Criminal District Court to [Submit the records on such habeas corpus application i,e; 'a timely filed order which designates issues to be investigated(see MCCREE v. HAMPTON 824 S.W.2d 578, 579 (Tex. Crim. App 1992), or stating that Relator has not filed an application for a writ of habeas corpus in Bowie County'. ]

NOTICE: On MARCH 09, 2015 [A]pplicant was in receipt of a white Post Card from the clerk's office of this court bearing the cause number [98F0331-202B] [WR-13,573-10] Stating: "ON THIS DAY, (2/23/15) the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court."

Subsequently on MARCH 10, 2015 applicant was in receipt of a SECOND White Post Card from the clerk's office on MARCH 10, 2014also dated FEBRUARY 23, 2015 Note; the first NOTICE was not post marked in any manner by U.S. Postal Service), the SECOND Notice is Post marked) stating: " ON this day, the supplemental clerk's record, in response to the order issued by this

- 1 -

..... Court, has been received and presented to the Court."

Note; This post card bears the trial court number as [98-F-0331-202] and Writ number as [WR-13,573-09].

* APPLICANT'S INQUIRY *

The State refused to [RESPOND] to applicant's initial application which appears to rely on authorities that are clearly dispositive of the TWO [2] issues presented by the applicant namely EXPARTE BARFIELD 697 S.W.2d 420 [Tex.Cr.App. 1985] Controling as to the first issue), and JORDEN V. STATE 256 S.W.3d 285 [Tex.Cr.App. 2008] appears to be [d]ispositive of the SECOND issue raised in the application.

Your Applicant finds himself 'Perplexed' and subjected to 'Consternation' due to his enability to see, observe, or review any of the records (forwarded to this court from Bowie County).

Your applicant DOES NOT KNOW what records were sent, or whether or not he need to reply, or [R]espond to the records sent in by the State.

IT DOES NOT APPEAR UNDER 'ANY' CIRCUMSTANCES, that the State would RECOMMEND THAT RELIEF SHOULD BE GRANTED, therefore applicant is at a lose.

WHEREFORE premises Considered, applicant PRAY, this Honorable Court of Criminal appeals will make a determination as to whether or not applicant needs to make a reply, as to any adverse contentions placed before this court by the state.

Applicant places his 'trust' in the jurisprudence of these 'Key Makers' to make a just decision and to grant applicant any and all relief that [He] is so justly due according to clearly established Federal Law as determined by the Supreme Court of the United States of America.

Respectfully Submitted: _Maurice Mitchell_
Mr. Maurice Mitchell, Pro-se
Your Novice
TDCJ, I-D No# 648121

- 2 -

I **MAURICE MITCHELL,** do hereby certify that a true and correct copy of APPLICANT'S **NOTICE** TO THIS COURT, has been served upon the clerk of the TEXAS COURT OF CRIMINAL APPEALS, by depositing same in the United States mail postage pre-paid on this **16th** day of **MARCH 2015** addressed as follows;

Hon; Abel Acosta, Clerk
Texas Court of Criminal appeals
P. O. Box 12308, Capital station
Austin, Texas
        78711

Sincerely: _____
                    Mr. Maurice Mitchell, Pro-se
                    Your *Novice*
                    Specialize Legal Technician[SLT]
                    SOUTHERN CAREER INSTITUTE
                    [P]aralegal No# [P]-7ᴇ-9169-Z
                    William J. Estelle Unit,
                    William J. Estelle Unit, TDCJ, I-D
                    264 F.M. 3478
                    Huntsville, Texas 77320

cc/files
skf.

—   3   —